# FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

LINKLINE COMMUNICATIONS, INC.;
INREACH INTERNET LLC; OM
NETWORKS, dba Omsoft
Technologies, Inc.; NITELOG, INC.,
dba Red Shift Internet Services,
                    *Plaintiffs-Appellees,*

            v.

SBC CALIFORNIA, INC., fka Pacific
Bell Telephone Company; PACIFIC
BELL INTERNET SERVICES; SBC
ADVANCED SOLUTIONS, INC.,
                    *Defendants-Appellants.*

No. 05-56023

D.C. No.
CV-03-05265-SVW

ORDER

On Remand from the United States Supreme Court

Filed April 9, 2009

Before: Sidney R. Thomas, Kim McLane Wardlaw, and
Ronald M. Gould, Circuit Judges.

## ORDER

PER CURIAM:

In light of the Supreme Court's opinion in *Pacific Bell Telephone Co. v. Linkline Communications, Inc.*, ___ U.S. ___, 129 S. Ct. 1109 (2009), we vacate our prior opinion in *LinkLine Communications, Inc. v. SBC California, Inc.*, 503 F.3d 876 (9th Cir. 2007) and remand to the district court for proceedings consistent with the Supreme Court decision,

including but not limited to, its consideration of proposed amendments to the complaint.

The mandate shall issue forthwith.

**REMANDED.**

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.